Docusign Envelope ID: D27D2FE7-C9AF-4435-BA16-42C6AF0DA949

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARISOL LOOR,<br><br>        *Plaintiff,*<br><br>v.<br><br>396 ENTERPRISES, LLC, *et. al.*,<br><br>        *Defendants.* | Civil Action No. 2:24-cv-06444-BRM-JBC<br><br>**STIPULATION AND CONSENT ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*Filed Electronically* |

  WHEREAS, Plaintiff MARISOL LOOR ("Plaintiff") caused a Complaint to be filed in this Court on May 24, 2024 against 396 ENTERPRISES, LLC, d/b/a NEW LOOK CAR WASH, and JEFFREY HAZA (collectively, "Defendants") (collectively, Plaintiff and Defendants referred to herein as the "Parties"); and

  WHEREAS, the Parties have a genuine dispute regarding Plaintiff's claims; and

  WHEREAS, the Parties reached an agreement amicably resolving their dispute;

  NOW THEREFORE, pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendants, having reached an agreement amicably resolving their dispute, and the Parties appearing through counsel, hereby stipulate, based on the commitment of the parties, as follows:

  1. Plaintiff dismisses this matter with prejudice as to all Defendants;

  2. Each party shall bear its own costs and fees, including attorneys' fees; and

  3. This Court retains jurisdiction to enforce this Stipulation and Order of Dismissal, and any other agreements between the Parties related to this Stipulation and Order of Dismissal.

IT IS SO ORDERED on this __17th__ day of __DECEMBER__, 2024

_____
BRIAN R. MARTINOTTI, USDJ

The form and substance of this Order is hereby consented to by:

| HARRISON, HARRISON & ASSOC. | BASHWINER AND DEER, LLC |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *David Harrison* | |
| David Harrison, Esq. | Joseph A. Deer, Esq. |
| Date: 12/4/2024 | Date: 12/4/24 |

17